UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

HERMAN M. JACQUEZ,

    Plaintiff,

    v.
                                         Case No. 1:23-CV-373-GSL

MARTIN J. O'MALLEY, Commissioner of
the Social Security Administration,

    Defendant.

## **ORDER**

This matter coming before the court, and the court being fully informed, it is hereby ORDERED that defendant's motion for reversal with remand pursuant to the fourth sentence of 42 U.S.C. § 405(g) is granted.  The Commissioner's decision is remanded for further administrative proceedings.  On remand, the Administrative Law Judge will evaluate the medical opinion evidence and prior administrative medical findings pursuant to the relevant regulations; offer Plaintiff the opportunity for a hearing; obtain supplemental vocational expert testimony, if necessary; take any further action necessary to complete the administrative record; and issue a new decision.

SO ORDERED.

ENTERED: June 17, 2024

                                      /s/ GRETCHEN S. LUND
                                      Judge
                                      United States District Court